spondent. *William H. Watkins, P. H. Eager, Jr., Thomas H. Watkins* and *Elizabeth Hulen* filed a brief for the Maryland Casualty Co. et al., as *amici curiae,* opposing the petition.

No. 385. ADDISON MILLER, INC. ET AL. *v.* UNITED STATES. Certiorari denied. *Karl Michelet* and *Wm. J. Hogan, Jr.* for petitioners. *Solicitor General Perlman, Herbert A. Bergson, Paul A. Sweeney* and *Harry I. Rand* for the United States.

No. 405. MANUFACTURERS TRUST CO., TRUSTEE, *v.* REALTY ASSOCIATES SECURITIES CORP. ET AL.;

No. 406. MEREDITH ET AL. *v.* REALTY ASSOCIATES SECURITIES CORP. ET AL.; and

No. 407. VANNECK REALTY CORP. *v.* REALTY ASSOCIATES SECURITIES CORP. ET AL. Certiorari denied. *Perry A. Hull* for petitioner in No. 405. *David Saperstein* and *Bernard D. Cahn* for petitioners in No. 406. *Percival E. Jackson* for petitioner in No. 407. *Roger S. Foster* for the Securities & Exchange Commission, and *James B. Alley* for Realty Associates Securities Corporation et al., respondents.

No. 409. EDDY ET AL. *v.* KELBY, EXECUTRIX, ET AL. Certiorari denied. *Samuel Silbiger* for petitioners. *Charles M. McCarty* and *George C. Wildermuth* for respondents.

No. 412. TURNER DAIRY CO. *v.* UNITED STATES. Certiorari denied. *George F. Callaghan* for petitioner. *Solicitor General Perlman, Assistant Attorney General Sonnett, Charles H. Weston, J. Stephen Doyle, Jr.* and *Lewis A. Sigler* for the United States.